UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| vs. | ) | Cause No. 3:09-CR-37(01)RM |
| | ) | |
| SHAWN WILLIAMS | ) | |

## OPINION AND ORDER

Shawn Williams was sentenced to a 90-month term of imprisonment in 2010 after pleading guilty to a charge of possession with intent to distribute more than 50 grams of crack cocaine in violation of 21 U.S.C. § 841(a)(1) and (b). Consistent with the plea agreement, Mr. Williams has not appealed or contested his conviction or sentence, but he has requested copies of his plea agreement, presentence investigation report, and docket sheet. The Clerk mailed copies of the plea agreement and docket sheet to Mr. Williams upon receipt of his request (*see* Doc. No. 41). His request for a copy of the presentence report, however, must be denied.

Presentence reports are judicial records subject to the common-law right of access, but are afforded extra protection by the courts to protect the traditional confidentiality of the personal information they contain. United States v. Corbitt, 879 F.2d 224, 236 (7th Cir. 1989). *See also* Smith v. United States District Court Officer, 203 F.3d 440, 441 (7th Cir. 2000). When judicial records are confidential, a party seeking disclosure "must make a specific showing of need for access to the document." United States v. Corbitt, 879 F.2d at 228. While Fed. R. Crim. P. 32(e)(2) mandates disclosure of the report to the defendant, the defendant's

attorney, and an attorney for the government prior to sentencing, it appears from the record that the probation officer complied and that Mr. Williams and his attorney received copies of the presentence report before sentencing and filed objections to it. Mr. Williams does not suggest otherwise, or indicate why his copy of the report, or his attorney's, is no longer available to him, or why he's requesting another copy. Under the circumstances, Mr. Williams' request for a duplicate copy of the presentence report [Doc. No. 41] is DENIED.

SO ORDERED.

ENTERED:   January 27, 2012

/s/ Robert L. Miller, Jr.
Judge, United States District Court


cc:   S. Williams
      Counsel of Record
      USPO